# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

LASHONETTE SLICHENMYER, )
)
          Plaintiff, )
)
v. )      Case No. 14-03333-CV-S-BP
)
JP MORGAN CHASE & COMPANY, )
)
)
)
          Defendants. )

## CLERK'S ORDER OF DISMISSAL

On the 25TH day of August, 2014 , the Plaintiff herein having filed a Voluntary Notice

of Dismissal as to defendant Dennis Reaves. The Court is construing the motion is pursuant to

Rule 41(a)(1), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint against defendant Dennis Reaves is hereby

dismissed with prejudice.


AT THE DIRECTION OF THE COURT

Ann Thompson, Clerk of Court
**/s/ Kelly McIlvain**
Deputy Clerk


Date: 8/26/2014