# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LASHONETTE SLICHENMYER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 14-03333-CV-S-BP |
| JPMORGAN CHASE BANK, N.A., et al., | ) ) ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS COMPLAINT

Defendants JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co., pursuant to Fed. R. Civ. P. 12(b)(6), respectfully move the Court to dismiss the Complaint for failure to state a claim on which relief can be granted. Defendants direct the Court to the Suggestions filed herewith in support.

**Respectfully submitted,**

**BRYAN CAVE LLP**

By: /s/ Jennifer A. Donnelli
Jennifer A. Donnelli        KS 19445
1200 Main Street, Suite 3800
Kansas City, MO 64105
(816) 374-3200 telephone
(816) 374-3300 facsimile
jadonnelli@bryancave.com

ATTORNEYS FOR DEFENDANTS
JPMORGAN CHASE BANK, N.A. and
CHASE & CO.

## CERTIFICATE OF SERVICE

       This certifies that a copy of the foregoing was served on September 24, 2014 via U.S. Mail, first class postage prepaid, to the last known address for Plaintiff, which is the address indicated on the Court's records for Plaintiff:

Lashonette Slichenmyer
319 West Gay Street
El Dorado Springs, MO 64744

                                            /s/ Jennifer A. Donnelli
                                                Attorney for Defendants