IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| LASHONETTE SLICHENMYER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 14-03333-CV-S-BP |
| JP MORGAN CHASE & COMPANY, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Defendant Castle Law Office of Kansas City, P.C.'s Motion to Dismiss and Suggestions in Support. (Doc. 8.) Defendant Castle Law Office filed its Motion to Dismiss on September 3, 2014. Plaintiff's response to that Motion was due on September 22, 2014. As of the present date, Plaintiff has not filed a response and the time for doing so has now passed.

Accordingly, it is hereby **ORDERED** that Plaintiff show cause, in writing, no later than Friday, October 10, 2014, as to why Defendant Castle Law Office's Motion to Dismiss, (Doc. 8), should not be granted. A copy of this Order shall be mailed via certified mail to Plaintiff.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE: September 30, 2014